UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15 MISC 0037**

-----------------------------------------------------------------

LOIDA NICOLAS LEWIS,  ) Misc. Case No.: _____
)
        Plaintiff,  ) **NOTICE OF MOTION TO**
) **COMPEL RESPONSE TO**
-against-  ) **POST-JUDGMENT DISCOVERY**
)
BROADCASTURBAN FILMWORKS, LLC,  )
)
        Defendant.  )
)

-----------------------------------------------------------------

To:    BroadcastUrban Filmworks, LLC
        1300 Pennsylvania Avenue NW, #700
        Washington, DC 20004

        PLEASE TAKE NOTICE that Loida Nicolas Lewis (the "Judgment Creditor") by her undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, located at 500 Pearl Street, Courtroom 14B, New York, New York 10007, on Tuesday, March 3, 2015, at 10:00 A.M., for entry of an order pursuant to Federal Rule of Civil Procedure 37, compelling defendant BroadcastUrban Filmworks, LLC (the "Judgment Debtor") to respond to a post-judgment discovery request served pursuant to FRCP 69(a)(2), and for such other and further relief as the Court may deem just and proper.

        In support of this motion Judgment Creditor will rely upon the affidavit of Kevin Fritz, Esq., and all prior proceedings had herein.

        PLEASE TAKE FURTHER NOTICE that pursuant to Local Rules of Civil Procedure 6.1(b)(2) any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers.

1

Dated: New York, New York
       February 10, 2015

*Loida Nicolas Lewis by her Attorneys*

_____
Kevin A. Fritz, Esq.
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: kaf@msf-law.com

To:
    Bob Pickett, Esq.
    Pickett & Craig, Attorneys At Law
    80 Main Street, Suite 430
    West Orange, New Jersey 07052