UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

LOIDA NICOLAS LEWIS,  )
 ) 15 Misc. 0037
 )
               Plaintiff, ) **ORDER**
 )
    -against- )
 )
BROADCASTURBAN FILMWORKS, LLC, )
 )
              Defendant. )
 )
-----------------------------------------------------------

    Upon the reading of Loida Nicolas Lewis's (the "Judgment Creditor") motion for entry of an order pursuant to FRCP 37 compelling BroadcastUrban Filmworks, LLC (the "Judgment Debtor") to respond to the Judgment Creditor's post-judgment Request for the Production of Documents served pursuant to FRCP 69(a)(2), and no opposition thereto having been submitted,

    IT IS ORDERED that the Judgment Debtor and its principal Jesse Wineberry produce all documents responsive to the Request for the Production of Documents within 10 days of service of this Order. If the Judgment Debtor and Mr. Wineberry fail to so comply, the Court shall impose sanctions which may include contempt of Court.

    IT IS FURTHER ORDERED that the Judgment Creditor shall serve a copy of this Order upon the Judgment Debtor and Mr. Wineberry at their last known addresses and file proof of service with the Court forthwith.

Dated: March 3, 2015

                                                                    _____
                                                                                        U.S.D.J.

1